IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY BUNN                                                                                          PLAINTIFF

v.                                  Civil No. 4:22-CV-04089-SOH-BAB

ROBERT GENTRY, *et. al.*                                                                    DEFENDANTS

### ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's incomplete IFP application.

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed for the IFP application. Plaintiff alleges prison staff refused to complete and sign the certificate as required. For this reason, the Clerk is directed to send a blank Prisoner IFP Application by certified mail, return receipt requested, to Chris Wolcott, Jail Administrator, Sevier County Detention Center, 137 W. Robinson Road, De Queen, Arkansas, 71832. Jail Administrator Wolcott is DIRECTED to complete, sign, and return to the Court the inmate funds certificate portion of the IFP application for Plaintiff. The certificate should be filed no later than November 9, 2022.

IT IS SO ORDERED this 26th day of October 2022.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE