IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY BUNN                                                                                      PLAINTIFF

v.                                            Case No. 4:22-cv-04089

SHERIFF ROBERT GENTRY;
JAIL ADMINISTRATOR CHRIS
WOLCOTT; and NURSE TAMMY
FOWLER                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 29, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Plaintiff Jeremy Bunn has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, pursuant to 28 U.S.C. § 1915(b)(1), the instant action is hereby **DISMISSED** for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is hereby **DIRECTED** to place a § 1915(g) strike flag on the case for future judicial consideration. Finally, pursuant to § 1915(a)(3), any appeal from the instant dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 15th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge